■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN GALARZA, Appellant. [718 NYS2d 828] —Judgment, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), rendered December 22, 1997, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the second degree, and sentencing him to a term of 5 years to life, unanimously affirmed.

The record is insufficient to establish a valid waiver of the right to appeal. We have considered defendant's arguments on the merits and perceive no basis for reduction of sentence. Concur—Rosenberger, J. P., Andrias, Wallach, Lerner and Buckley, JJ.

■ In the Matter of JUANNA T., a Person Alleged to be a Juvenile Delinquent, Appellant. [718 NYS2d 819] —Order of disposition, Family Court, New York County (Sheldon Rand, J.), entered on or about May 12, 1999, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she committed an act, which, if committed by an adult, would constitute the crime of assault in the second degree, and placed her on probation until May 2, 2000, her 18th birthday, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490). Credibility issues were properly placed before the trier of fact and we find no reason to disturb its findings. Concur—Rosenberger, J. P., Andrias, Wallach, Lerner and Buckley, JJ.